**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MELISSA SUZETTE ARZU, Individually and as the Administrator of the Estate of KEVIN GREENIDGE, Deceased,** | § § § § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 4:24-cv-00433-P** |
| **v.** | § § § | |
| **AMERICAN AIRLINES, INC.,** | § § | |
| **Defendant.** | § | |

**APPENDIX TO DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. CORWIN WARMINK AND BRIEF IN SUPPORT**

In support of Defendant American Airlines, Inc.'s ("American") *Motion to Exclude Expert Testimony of Dr. Corwin Warmink and Brief in Support*, American submits the following materials:

| **EX.** | **DESCRIPTION** | **PAGE NOS.** |
|---|---|---|
| | Affidavit of Meredith Knudsen (with Declaration of Debra Shaffer attached) | Appx. 001–009 |
| A | Declaration of Dr. Corwin Warmink, MD, dated April 10, 2025 | Appx. 010–013 |
| B | Medical Emergency Information Sheet (Bates labeled AA000040) | Appx. 014–015 |
| C | Flight Record (Bates labeled AA 000001) | Appx. 016–024 |
| D | Flight History (Bates labeled AA 000051) **(Filed Under Seal)** | Appx. 025–026 |

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| E | CERS Report (Bates labeled AA 000018-19)<br>**(Filed Under Seal)** | Appx. 027–029 |
| F | Excerpts of the deposition of De M. Fitzpatrick taken in the above-referenced matter on October 30, 2024<br>**(Filed Under Seal)** | Appx. 030–038 |
| G | Excerpts of the deposition of Judy Gilbert-Blanchard taken in the above-referenced matter on October 29, 2024<br>**(Filed Under Seal)** | Appx. 039–046 |
| H | Expert report of Dr. Corwin Warmink | Appx. 047–055 |
| I | Excerpts of the deposition of Dr. Corwin Warmink taken in the above-referenced matter on January 22, 2025 | Appx. 056–071 |
| J | Excerpts of the deposition of Matthew Wingham taken in the above-referenced matter on October 24, 2024<br>**(Filed Under Seal)** | Appx. 072–075 |
| K | Aircraft Routing Delay Report (Bates labeled AA000252)<br>**(Filed Under Seal)** | Appx. 076–077 |
| L | Excerpts of the deposition of Richard Levy taken in the above-referenced matter on January 24, 2025 | Appx. 078–083 |
| M | Untitled AED Record (Bates labeled AA000211-251)<br>**(Filed Under Seal)** | Appx. 084–125 |
| N | Plaintiff's Amended Complaint filed August 8, 2024 | Appx. 126–148 |
| O | Plaintiff's Rule 26(a)(2) Expert Disclosures dated November 2, 2024 | Appx. 149–152 |
| P | Dr. Corwin Warmink's Rebuttal Report dated January 21, 2025 | Appx. 153–155 |
| Q | Declaration of Leonard Ismael Arzu, dated April 5, 2024<br>**(Filed Under Seal)** | Appx. 156–158 |

| EX. | DESCRIPTION | PAGE NOS. |
|---|---|---|
| R | Article titled "Automated external defibrillator: rhythm analysis and defibrillation on paediatric out-of-hospital cardiac arrest" ("Menant Study") | Appx. 159–203 |
| S | Article titled "Survival After Application of Automatic External Defibrillators Before Arrival of the Emergency Medical System" ("Weisfeldt Study") | Appx. 187–203 |
| T | Court's Opinion & Order granting American Summary Judgment, dated May 8, 2025 | Appx. 204–216 |
| U | Plaintiff's Sur-Reply to Defendant's Reply and Brief in Support of its Motion for Summary Judgment filed on April 10, 2025 | Appx. 217–225 |
| V | Plaintiff's Second Amended Complaint filed July 17, 2026 | Appx. 226–238 |
| W | Article titled "Incidence and Outcomes of out-of-hospital cardiac arrest from initial asystole: a systematic review and meta-analysis" | Appx. 239–253 |
| X | Article titled "Survival in Out-of-Hospital Cardiac Arrests with Initial Asystole or Pulseless Electrical Activity and Subsequent Shockable Rhythms" | Appx. 254–268 |
| Y | Article titled "Incidence, Mechanism, and Outcomes of On-Plane Versus Off-Plane Cardiac Arrest in Air Travelers" | Appx. 269–273 |

Dated: August 28, 2026

Respectfully submitted,

*/s/ Meredith Knudsen*

Shauna J. Wright
State Bar No. 24052054
shauna.wright@kellyhart.com
(817) 878-3587
Meredith W. Knudsen
State Bar No. 24088617
meredith.knudsen@kellyhart.com
(817) 878-3578
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Ft. Worth, Texas 76102

**ATTORNEYS FOR DEFENDANT AMERICAN AIRLINES, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2026, a copy of the foregoing was served via the ECF system on all counsel of record.

/s/ *Meredith Knudsen*
Meredith Knudsen